## BATES v. STATE.

### No. 23512.

Court of Criminal Appeals of Texas.

Dec. 11, 1946.

Rehearing Denied Jan. 15, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the unlawful sale of whisky in a dry area. The penalty assessed is a fine of $100.00.

The complaint and information appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.

## BATES v. STATE.

### No. 23513.

Court of Criminal Appeals of Texas.

Dec. 11, 1946.

Rehearing Denied Jan. 15, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The fine assessed was One Hundred Dollars for violation of the liquor laws. The notice of appeal as shown by the record was merely a docket entry and it is not shown that notice was entered of record. Consequently, this court has no jurisdiction of the case.

The appeal is dismissed.